## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| Kerr,<br><br>　　　　Plaintiff(s)<br>v.<br><br>Orrvilon, Inc., *et al.*,<br>　　　　Defendant(s). | Date:　December 20, 2018<br><br>Judge Donald C. Nugent<br><br>Court Reporter:<br><br>Case Number: 5:18 CV 717 |

Telephonic status held w/ all counsel participating. Discovery extended to 3/1/19 + dispositive motion dates + trial date remain the same

Parties are discussing potential resolution but need to take some depositions first.

All counsel notified of this ORDER

Length of Proceeding: 15 min

　　　　　　　　　　　　　　　　Donald C. Nugent 12/20/18
　　　　　　　　　　　　　　　　United States District Judge